# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Provident Life and Accident
Insurance Company,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:10cv154

Laura M. Sanders and Diane M. Sanders,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2011 Order.

                                            Signed: October 25, 2011

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court